FILED
06-30-2025
CIRCUIT COURT
DANE COUNTY, WI
2025CV002150
Honorable Stephen E Ehlke
Branch 15

STATE OF WISCONSIN CIRCUIT COURT DANE COUNTY

LESLIE J. MCDONALD
308 Adams Street
Fort Atkinson, Wisconsin 53538,

Plaintiff,

UNITEDHEALTHCARE INSURANCE COMPANY
185 Asylum Street
Hartford, Connecticut 06103,

Involuntary Plaintiff,

Case Number:
Case Code: 30107
Personal Injury - Other
Amount Claimed Greater Than $5,000.00

v.

WALMART, INCORPORATED
d/b/a WALMART CLAIMS SERVICES, INCORPORATED d/b/a WAL-MART REAL ESTATE BUSINESS TRUST
One Customer Drive
Bentonville, Arkansas 72716,

Defendant.

## CIVIL SUMMONS

**THE STATE OF WISCONSIN TO:** The Named Defendant.

You are hereby notified that the Plaintiff named above has filed a lawsuit or other legal action against you. The Complaint, which is served upon you, states the nature and basis of the legal action.

EXHIBIT
1

Within forty-five (45) days of receiving this Summons, you must respond with a written Answer, as that term is used in Wis. Stat. Ch. 802, to the Complaint. The Court may reject or disregard an Answer that does not follow the requirements of the statutes. The Answer must be sent or delivered to:

Clerk of Courts
Dane County Courthouse
215 South Hamilton Street
Room 1000
Madison, Wisconsin 53703

and to the Plaintiff's attorneys:

James R. Shilobrit
Hupy and Abraham, S.C.
3001 West Beltline Highway
Suite 204
Madison, Wisconsin 53713

You may have an attorney help or represent you.

If you do not provide a proper Answer within forty-five (45) days, the Court may grant Judgment against you for the award of money or other legal action requested in the Complaint. A Judgment may be enforced as provided by law. A Judgment awarding money may become a lien against any real estate you own now or in the future and may also be enforced by garnishment or seizure of property.

**DATED** at Madison, Wisconsin, this 30th day of June, 2025.

HUPY AND ABRAHAM, S.C.
Attorneys for the Plaintiff,

*Electronically signed by James R. Shilobrit*

By: ______________________________
James R. Shilobrit
State Bar Number: 1013680

Post Office Address
3001 West Beltline Highway
Suite 204
Madison, Wisconsin 53713
Phone: (608) 277-7777
Email: jshilobrit@hupy.com

FILED
06-30-2025
CIRCUIT COURT
DANE COUNTY, WI
2025CV002150
Honorable Stephen E Ehlke
Branch 15

STATE OF WISCONSIN CIRCUIT COURT DANE COUNTY

LESLIE J. MCDONALD
308 Adams Street
Fort Atkinson, Wisconsin 53538,

Plaintiff,

UNITEDHEALTHCARE INSURANCE COMPANY
185 Asylum Street
Hartford, Connecticut 06103,

Involuntary Plaintiff,

Case Number:
Case Code: 30107
Personal Injury – Other
Amount Claimed Greater Than $5,000.00

v.

WALMART, INCORPORATED
d/b/a WALMART CLAIMS SERVICES, INCORPORATED d/b/a WAL-MART REAL ESTATE BUSINESS TRUST
One Customer Drive
Bentonville, Arkansas 72716,

Defendant.

# CIVIL COMPLAINT

**NOW COMES** the Plaintiff, Leslie J. McDonald, by and through her attorneys, Hupy and Abraham, S.C., by Attorney James R. Shilobrit, and as for her Complaint against the Defendant, alleges and shows to the Court as follows:

1. That the Plaintiff, Leslie J. McDonald, is an adult resident of the City of Fort Atkinson, County of Jefferson, Wisconsin, currently residing at 308 Adams Street, Zip Code 53538.

2. That the Involuntary Plaintiff, UnitedHealthcare Insurance Company, is a foreign insurance company, organized and existing under the laws of Connecticut, with its principal place of business located at 185 Asylum Street, Hartford, Connecticut, Zip Code 06103; that the registered agent in Wisconsin for the Involuntary Plaintiff, UnitedHealthcare Insurance Company, is CT Corporation System, located at 301 South Bedford Street, Suite One, Madison, Wisconsin, Zip Code 53703; and that the Involuntary Plaintiff, UnitedHealthcare Insurance Company, alleges to have paid out money on behalf of the Plaintiff, Leslie J. McDonald, and is therefore named as an alleged subrogated party in this action pursuant to Wis. Stat. § 803.03.

3. That the Involuntary Plaintiff, UnitedHealthcare Insurance Company, is not entitled to reimbursement or subrogation.

4. That the Defendant, Walmart, Incorporated, upon information and belief, is a foreign corporation, organized and existing under the laws of Delaware, with its principal place of business located at One Customer Drive, Bentonville, Arkansas, Zip Code 72716; that the registered agent in Wisconsin for the Defendant, Walmart, Incorporated, is CT Corporation System, located at 301 South Bedford Street, Suite One, Madison, Wisconsin, Zip Code 53703; that, upon information and belief, the Defendant, Walmart, Incorporated, does business as Walmart Claims Services, Incorporated; that, upon information and belief, the Defendant, Walmart, Incorporated, also does business as Wal-Mart Real Estate Business Trust; that the Defendant, Walmart, Incorporated, may be self-insured; and that the Defendant, Walmart, Incorporated,

owned, operated, and/or maintained the property located at 2600 State Highway 138, Stoughton, Wisconsin, Zip Code 53589.

**FIRST CAUSE OF ACTION:
NEGLIGENCE**

5. That on or about January 16, 2023, the Plaintiff, Leslie J. McDonald, was an invitee on the property located at 2600 State Highway 138, Stoughton, Wisconsin, Zip Code 53589; and that while the Plaintiff, Leslie J. McDonald, was on said property, she slipped on water due to a negligently-maintained floor, thereby causing the Plaintiff's injuries and damages as hereinafter described.

6. That the Defendant, Walmart, Incorporated, owned, operated, and/or maintained the property located at 2600 State Highway 138, Stoughton, Wisconsin, Zip Code 53589, at the time of the accident; and that the Defendant, Walmart, Incorporated, failed to properly warn invitees, licensees, and frequenters and/or otherwise failed to exercise ordinary care maintaining and/or managing the property, and/or otherwise failed to exercise ordinary care with respect to the property by failing to remove water from the property's flooring and by failing to place warning signs pertaining to the dangerous condition of the flooring on the property, creating an unsafe condition which created an unreasonable risk of harm to the Plaintiff, Leslie J. McDonald.

7. That the foregoing acts of negligence on the part of the Defendant, Walmart, Incorporated, were the direct and proximate cause of the injuries and damages sustained by the Plaintiff, Leslie J. McDonald.

8. That as a result of the foregoing acts of negligence on the part of the Defendant, Walmart, Incorporated, the Plaintiff, Leslie J. McDonald, sustained injuries to her body and suffered emotional distress; that she has suffered pain and may continue to suffer pain for an indefinite time in the future; that she was required to seek medical attention; that she may be

required to seek additional and continued medical attention in the future and to expend large sums of money for said medical attention; and that she was unable to engage in her normal activities for a period of time, and may continue to be so restricted, all to her damage.

**SECOND CAUSE OF ACTION:**
**SAFE PLACE**

As for a second cause of action, the Plaintiff repeats and realleges all of the allegations contained previously herein, incorporates the same by reference, and further alleges and shows to the Court as follows:

9. That the Plaintiff, Leslie J. McDonald, at all times material hereto, was an employee, frequenter, and/or invitee, as those terms are defined in Wis. Stat. § 101.01, on the property located at 2600 State Highway 138, Stoughton, Wisconsin, Zip Code 53589, where she was injured.

10. That at all times material hereto, the property where the Plaintiff, Leslie J. McDonald, was injured, was a public building, property, and/or place of employment as those terms are defined in Wis. Stat. § 101.01.

11. That with respect to the subject property, the named Defendant, Walmart, Incorporated, contrary to Wis. Stat. § 101.01, was negligent in that it:

a. Failed to furnish a place for employees, frequenters, and/or invitees, which was safe, as that term is defined in Wis. Stat. § 101.01;

b. Failed to furnish and use safety devices and safeguards and failed to adopt and use methods and processes reasonably adequate to render the subject property safe, as that term is defined in Wis. Stat. § 101.01;

c. Failed to do every other thing reasonably necessary to protect the life, health, safety, and welfare of employees, invitees and/or frequenters at the subject property where the Plaintiff, Leslie J. McDonald, was injured; and

d. Failed to properly construct the subject property, inspect, maintain, repair, safeguard, and warn so as to render the subject property safe, as those terms are defined in Wis. Stat. § 101.01.

12. That the foregoing acts of negligence on the part of the Defendant, Walmart, Incorporated, were the direct and proximate cause of the injuries and damages sustained by the Plaintiff, Leslie J. McDonald.

13. That as a result of the foregoing acts of negligence on the part of the Defendant, Walmart, Incorporated, the Plaintiff, Leslie J. McDonald, sustained injuries to her body and suffered emotional distress; that she has suffered pain and may continue to suffer pain for an indefinite time in the future; that she was required to seek medical attention; that she may be required to seek additional and continued medical attention in the future and to expend large sums of money for said medical attention; and that she was unable to engage in her normal activities for a period of time, and may continue to be so restricted, all to her damage.

**WHEREFORE**, the Plaintiff, Leslie J. McDonald, demands Judgment against the Defendant in the following forms: for compensatory damages as the Court may deem just and equitable, together with costs and disbursements of this action, reasonable attorney's fees associated with this action, for all interest due and owing pursuant to Wis. Stat. § 628.46, for dismissal of any and all subrogation or reimbursement claims in this matter, and any further relief the Court may deem just and equitable.

**JURY DEMAND**

**PLEASE TAKE NOTICE** that the Plaintiff in the above-entitled action hereby demands a trial by jury.

**DATED** at Madison, Wisconsin, this 30th day of June, 2025.

HUPY AND ABRAHAM, S.C.
Attorneys for the Plaintiff,

*Electronically signed by James R. Shilobrit*

By: ______________________________
James R. Shilobrit
State Bar Number: 1013680

Post Office Address
3001 West Beltline Highway
Suite 204
Madison, Wisconsin 53713
Phone: (608) 277-7777
Email: jshilobrit@hupy.com